UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| TRAILER SOURCE, INC. | ) | |
| | ) | |
|     Debtor. | ) | Case Nos.    3:06-0573 |
| | ) | 3:06-0584 |
| HYUNDAI TRANSLEAD, INC. | ) | 3:06-0589 |
| | ) | 3:06-0592 |
|     Appellant | ) | 3:06-0644 |
|   v. | ) | Judge Trauger |
| | ) | |
| JACKSON TRUCK & TRAILER | ) | Consolidated Appeals from |
| REPAIR, INC., JAMES A. HARRELL, | ) | Case No. 05-00148-MH3-7 |
| RALEIGH J. WILLIAMS, and MARK | ) | Judge Marian F. Harrison |
| LAZARUS | ) | |
| | ) | |
|     and | ) | |
| | ) | |
| SAMUEL K. CROCKER, TRUSTEE | ) | |
| | ) | |
|     Appellees | ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Order granting Approval of Compromise and Settlement of Claims is **REVERSED**, the Order granting a Motion for Compromise and Settlement of Claims is **REVERSED**, the Order denying Hyundai Derivative Standing is **REVERSED**, the Order denying Hyundai's Motion to Reconsider and for Other Relief is **AFFIRMED**, and the Order denying Motion for Relief from Stay is **REVERSED**.

This case is **REMANDED** to the Bankruptcy Court for further proceedings consistent with this Order.

It is so ordered.

Enter this 30th day of March 2007.

                                                  ALETA A. TRAUGER
                                                  United States District Judge